**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6200**

───────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JEREMIAH WILLIAMS,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:10-cr-00141-FL-1; 5:13-cv-00137-FL)

───────────

Submitted:  July 7, 2015              Decided:  July 24, 2015

───────────

Before MOTZ and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jeremiah Williams, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Williams appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion.  We have reviewed the record and find no reversible error. Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court.  United States v. Williams, Nos. 5:10-cr-00141-FL-1; 5:13-cv-00137-FL (E.D.N.C. Feb. 6, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED